NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1440
_____

UNITED STATES OF AMERICA

v.

EUDINIA MARTINEZ,
                                        Appellant


_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal No. 3-10-cr-00219-003)
District Judge: Honorable Freda L. Wolfson
_____

Submitted Under Third Circuit LAR 34.1(a)
June 21, 2012
Before: AMBRO, VANASKIE, and ALDISERT, Circuit Judges


**ORDER AMENDING OPINION**


At the direction of the Court, the opinion filed in this matter on August 29, 2012 shall be amended.  All references to the informant in this matter shall be to the "confidential informant" or  "CI."  An amended opinion shall be issued.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  June 18, 2013
PDB/cc: All Counsel of Record